**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00855-CV

### MICHAEL WARD, Appellant

### V.

### WAYNE STANFORD, ET AL., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 08-12624-B

## ORDER

The Court has before it appellant's February 15, 2013 first agreed motion for extension of time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by March 12, 2013.

/s/     ELIZABETH LANG-MIERS
          JUSTICE